IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMILCAR HIDAN CIFUENTES CIFUENTES, | * |
| Petitioner, | * |
| v. | Case No. 7:25-cv-192 (WLS-ALS) |
| | * |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 6, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner to the extent that the Court orders Respondents to provide Petitioner with a bond hearing within **SEVEN (7) DAYS** to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

This 6th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk